

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2014

No. 04-13-00681-CV

**IN THE INTEREST OF O.L.R.M.**, Minor Child,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10434
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellee has filed an unopposed motion to supplement or amend appellee's brief so as to include the required index of authorities. Appellee's motion is **GRANTED**. We **ORDER** appellee to file an amended brief that includes the required index of authorities in this court on or before **April 14, 2014**.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court